IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERIC ADARYLL WILLIAMS, )
)
    Petitioner, )
)
v. ) CASE NO. CV415-288
)
WARDEN DOUG WILLIAMS, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which an objection has been filed (Doc. 6). After a careful de novo review of the record, the Court finds Petitioner's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2254 petition is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20ᵗʰ day of November 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA