# United States District Court
## Southern District of Georgia

Eric Adaryll Williams

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-228

Warden Doug Williams

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated November 20, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; denying Williams' 2254 petition. This action stands closed.



November 20, 2015
_Date_

Scott L. Poff
_Clerk_

_(By) Deputy Clerk_